UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROSALIE LOLONGA-GEDEON,

                  Plaintiff,

                                                        ORDER
     v.                                                    08-CV-300A

CHILD & FAMILY SERVICES,

                  Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 23, 2009, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion for summary judgment be denied without prejudice.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion for summary judgment is denied without prejudice to renew after discovery.

        The case is referred back to Magistrate Judge Foschio for further proceedings.

        SO ORDERED.

                                                  *s/ Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED: November 2, 2009